COURT OF APPEALS
EIGHTH DISTRICT OF TEXAS
EL PASO, TEXAS



§

LUIS DOMINGUEZ, JR.,            §            No. 08-13-00143-CR

           Appellant,            §            Appeal from the

v.            §            243rd District Court

THE STATE OF TEXAS,            §            of El Paso County, Texas

           State.            §            (TC# 20080D03880)

§

**O R D E R**

The Court GRANTS the State's third motion for extension of time within which to file the brief until **February 20, 2014**. NO FURTHER MOTIONS FOR EXTENSION OF TIME TO FILE THE STATE'S BRIEF WILL BE CONSIDERED BY THIS COURT.

It is further ORDERED that the Hon. Jaime E. Esparza, the State's attorney, prepare the State's brief and forward the same to this Court on or before February 20, 2014.

IT IS SO ORDERED this 22nd day of January, 2013.


PER CURIAM

Before McClure, C.J., Rivera and Rodriguez, JJ.